IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jarmila Elizabeth Friedland | : | |
| aka Jarmila E. Friedland | : | CASE NO.: 5:21-bk-02704-MJC |
| aka Jarmila Friedland | : | |
| | : | |
| Debtor | : | |

**ORDER GRANTING
MOTION TO SELL REAL PROPERTY OF THE ESTATE**

AND NOW upon consideration of Debtor's Motion to Sell Real Property of the Estate: 7 Spruce Street, Mt. Pocono, PA 18344, objections, if any, and hearing, if any, it is hereby ORDERED that said Motion is GRANTED, and further that Debtor be and is hereby AUTHORIZED to execute any all documents necessary to complete the sale of 7 Spruce Street, Mt. Pocono, PA 18344, for the sum of Two Hundred Seven Thousand and 00/100 (**$207,000.00**) Dollars.

IT IS FURTHER ORDERED that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

    a.    Any out-of-pocket expenses advanced by or on behalf of Debtor and/or her realtors or closing agents in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement; then to

    b.    Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above property; then to

    c.    Any transfer tax which is the responsibility of the Debtor; then to

    d.    Realtors' commissions in accordance with the applicable agreement of sale and law; then to

Case 5:21-bk-02704-MJC    Doc 35    Filed 03/05/24    Entered 03/05/24 15:01:04    Desc
Main Document    Page 1 of 2

e. Attorneys' Fees of $1,000.00 to Newman Williams, P.C. for preparing, filing and serving the instant motion and resolving objections, if any; then to,

f. The first mortgage of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-4 and serviced by Select Portfolio Servicing to be paid in full at the closing of said sale based upon an up-to-date payoff quote; then to

g. The second mortgage of Bankers First Mortgage, recorded in the Monroe County Office for the Recorder of Deeds at Book 2305 Page 1118, to be paid in full at the closing of said sale based upon an up-to-date payoff quote; then to

h. Standing Chapter 13 Trustee Jack N. Zaharopoulos, Esq., for distribution pursuant to Debtor's confirmed Chapter 13 Plan in an amount to satisfy the Plan balance; then

i. The remaining proceeds, if any, to Debtor.

The sale shall be completed within 90 days of entry of this Order.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 5, 2024